**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

CARLOS PORTALATIN ESTEVES

    **Plaintiff**

      **v.**

    **CIVIL NO.** 03-1038(JAG)

JUAN AGOSTO ALICEA, <u>et al.</u>,

    **Defendant(s)**

**ORDER**

    The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court adopts the Report and Recommendation. Judgment shall enter accordingly.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 23rd day of November, 2005.

                      <u>S/Jay A. Garcia-Gregory</u>
                      JAY A. GARCIA-GREGORY
                      United States District Judge